**Ellis Harley BARBER, Medicine Priest, Plaintiff–Appellant,**

v.

**INTERNATIONAL BAR ASSOCIATION; Federal Bar Association; American Bar Association; William H. Rehnquist, Chief Justice, United States Supreme Court; Haldane Mayer, Chief Judge; J. Harvie Wilkerson, III, Chief Judge, U.S. Court of Appeals for the Fourth Circuit; J. Frederick Motz, Chief Judge, U.S. District Court, Baltimore, MD; Raymond J. Kane, Chief Judge, Howard County Circuit**

Court, MD; Martha R. Rasin, Chief Judge, Howard County District Court, MD; Circuit Court for Howard County, Defendants–Appellees.

No. 01–2131.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 27, 2001.

Ellis Harley Barber, Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Ellis Harley Barber seeks to appeal the district court's order dismissing his civil action for failure to state a claim. We dismiss the appeal for lack of jurisdiction because Barber's notice of appeal was not timely filed.

Parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on December 19, 2000. Barber's notice of appeal was filed on September 17, 2001. Because Barber failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*